Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANTHONY EDWARD TROXEL | Case No. 3:15-cv-05384-BHS |
| Plaintiff, | ORDER REGARDING AGREEMENT REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. ET AL., | |
| Defendants. | |

This matter comes before the Court no the parties agreement regarding discovery of electronically stored information. The Court has reviewed and considered the files and pleadings in this case, including, without limitation, the following:

1. Combined Joint Status Report; and

2. Agreement Regarding Discovery of Electronically Stored Information.

[PROPOSED] ORDER REGARDING AGREEMENT REGARDING DISCOVERY OF - 1 -
ELECTRONICALLY STORED INFORMATION
(No. 3:15-cv-05384-BHS)

Gregory Gorski
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
(Admitted *Pro Hac Vice*)

Based in the foregoing, IT IS SO ORDERED that the parties shall comply with their agreement regarding electronically stored information.

Dated this __6__ day of 20_15_.

_____
Honorable Benjamin H. Settle
United States District Judge

Presented by:

**FRANCIS & MAILMAN, P.C.**
Attorneys for Plaintiff Anthony Edward Troxel

/s/Gregory Gorski
Gregory Gorski, admitted PHV
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:  (215) 735-8600
Facsimile:  (215) 940-8000
Email: ggorski@consumerlawfirm.com

[PROPOSED] ORDER REGARDING AGREEMENT REGARDING DISCOVERY OF - 2 -
ELECTRONICALLY STORED INFORMATION
(No. 3:15-cv-05384-BHS)

Gregory Gorski
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
(Admitted *Pro Hac Vice*)